UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KRISTOPHER RIDDICK-SEALS,

        Plaintiff,

  v.

TRADESMEN INTERNATIONAL LLC,

        Defendants.

Case No. C19-585 JCC-TLF

ORDER AMENDING PRETRIAL SCHEDULE

This matter comes before the Court on the parties' Stipulated Motion for Continuance of Trial Date and Pretrial Deadlines. Dkt. 34. The parties inform the Court that the parties have exchanged written discovery, but have been unable to undertake depositions due to the current COVID-19 pandemic. *Id.* The parties are requesting that the Court continue the current trial date, October 26, 2020, until May 3, 2021 and continue all remaining deadlines accordingly. *Id.*

The Court, having reviewed the record and the parties' Stipulated Motion (Dkt. 34), hereby ORDERS:

(1) The parties' Stipulated Motion (Dkt. 34) is GRANTED; and

(2) The deadlines set forth in the previous Order Setting Pretrial Schedule (Dkt. 25) shall be amended and the parties shall now conform to the following revised deadlines:

ORDER AMENDING PRETRIAL SCHEDULE - 1

| Event | Date |
|---|---|
| Last date to file motions related to discovery | November 5, 2020 |
| Discovery (including meet-and-confer meetings) completed by | January 4, 2021 |
| Last date to file and serve dispositive motions | February 2, 2021 |
| Trial briefs, proposed voir dire & jury instructions due | April 23, 2021 |
| Trial Date | May 3, 2021 |

Dated this 21st day of May, 2020.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER AMENDING PRETRIAL SCHEDULE - 2