THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KRISTOPHER RIDDICK-SEALS, an individual,<br><br>               Plaintiff,<br>     v.<br><br>TRADESMEN INTERNATIONAL LLC, a Delaware Company, and ICE FLOE, LLC, a Washington limited liability company doing business as NICHOLS BROTHERS BOAT BUILDERS,<br><br>               Defendants. | CASE NO. C19-0585-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 37). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

DATED this 8th day of July 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C19-0585-JCC
PAGE - 2